*In re:*

Reglamento para el
Funcionamiento de
la Junta Examina-
dora de Aspirantes
al Ejercicio de la
Abogacía

San Juan, Puerto Rico, a 18 de diciembre de 1967

Para tener vigencia inmediata se enmienda la Regla 6 del Reglamento para el Funcionamiento de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía para que lea como sigue:

"Regla 6. Sesiones de exámenes

Se ofrecerán seis preguntas diarias durante tres días consecutivos, tres durante la sesión de la mañana que comenzará a las 8:30 A.M. y terminará al mediodía, y tres durante la sesión de la tarde que comenzará a las 2:00 P.M. y terminará a las 5:30 P.M."

Lo acordó el Tribunal y firma el Señor Juez Presidente. El Juez Asociado Señor Belaval no intervino.

(Fdo.) Luis Negrón Fernández
*Juez Presidente*

Certifico:

(Fdo.) Joaquín Berríos
*Secretario*